# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) **ORDER GRANTING FURLOUGH REQUEST** |
| | ) |
| vs. | ) |
| | ) |
| Alexander John Kraenzel, | ) |
| | ) Case No. 1:19-cr-163 |
| Defendant. | ) |

Defendant is charged in an Indictment with three offenses: (1) conspiracy to distribute and possess with intent to distribute controlled substances; (2) possession with intent to distribute controlled substances; and (3) conspiracy to commit money laundering. The court convened a detention hearing for defendant on September 11, 2019. At the hearing, defense counsel requested that the court release defendant to a residential facility. Additionally, she requested that defendant be furloughed on September 13, 2019, so that he may attend a chemical dependency evaluation scheduled for him at the Heartview Foundation's treatment facility in Bismarck, North Dakota ("Heartview").

At the close of the detention hearing, the court ordered defendant detained pending trial. The court **GRANTS** defense counsel's request for a furlough. Defendant shall be temporarily released to his mother, Delnita Kraenzel, no earlier than 7:45 a.m. on September 13, 2019, for transport to his evaluation at Heartview. Defendant must not violate federal, state, tribal, or local law while on temporary release. Defendant shall also refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or synthetic substances.

1

Upon completing his evaluation, defendant shall immediately return to the Burleigh Morton Detention Center.  Upon his return, defendant shall be remanded back into custody. Defendant shall execute releases as necessary so the Pretrial Service Office may access his evaluation results and monitor any future treatment that may be ordered.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2019

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court